**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 18-cv-02636-CMA-MEH

CLIFTON WILLMENG, and
EDWARD ASHER,

    Plaintiffs,

v.

CITY OF THORNTON, COLORADO, and
JAN KULMANN, in her individual capacity,

    Defendants.

---

**PERMANENT INJUNCTION ORDER**
_____

This matter comes before the Court on the parties' Stipulation to Permanent Injunction ("Motion"), in which the parties request that the Court enter a permanent injunction against Defendants on specified terms. (Doc. # 29.) Upon consideration of the Motion and other filings and evidence previously presented to the Court, it is hereby ORDERED as follows:

    1.    The Motion (Doc. # 29) is GRANTED.

    2.    Defendant Kulmann shall unblock/unban Plaintiffs from the Councilmember Jan Kulmann Facebook page at issue in the above captioned lawsuit and identified in Plaintiffs' Complaint.

3. Defendant Kulmann shall refrain from blocking/banning any individuals from the Councilmember Jan Kulmann Facebook page at issue in the above captioned lawsuit and identified in Plaintiffs' Complaint.

4. Defendant Kulmann shall refrain from deleting comments posted on the Councilmember Jan Kulmann Facebook page at issue in the above captioned lawsuit and identified in Plaintiff's Complaint.

5. The parties agree that any posting and commenting on the Councilmember Jan Kulmann Facebook page within the control of Plaintiffs must not contain true threats and/or obscenity.

6. This Order shall remain in effect until further order of the Court.

7. Notwithstanding the anticipated stipulated dismissal of this case, the Court retains jurisdiction to enforce this Order and the parties' settlement agreement.

DATED: December 18, 2018

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge